U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 14 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL JARROD COOPER | CIVIL ACTION NO. 06-2186-P |
| VERSUS | JUDGE STAGG |
| BOSSIER SHERIFF MAXIMUM FACILITY | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 21) is granted and all claims asserted in Plaintiff's complaint are dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 14th day of March, 2008.

TOM STAGG
UNITED STATES DISTRICT JUDGE